**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:19-cv-24233-UU

MERCEDES GUINAND-DAO,

    Plaintiff,

v.

BAPTIST HEALTH SOUTH FLORIDA, INC.,

    Defendant.

_____/

## ORDER ON MOTION FOR LEAVE TO PROCEED *IN FORMA PAUPERIS*

THIS CAUSE came before the Court upon Plaintiff's counseled Motion to Proceed *In Forma Pauperis* (the "Motion"). D.E. 3. The Court has reviewed the Motion and is otherwise fully advised in the premises.

United States Code Title 28, Section 1915(a) authorizes the filing of a suit "without prepayment of fees or security thereof, by a person who submits an affidavit . . . that the person is unable to pay such fees or give security thereof." 28 U.S.C. § 1915(a) (1996). A person may proceed *in forma pauperis* when, "because of his poverty, [he] is unable to pay for the court fees and costs, and to support and provide for the necessities of life for himself and his dependents." *Martinez v. Kristi Kleaners, Inc.*, 364 F.3d 1305, 1307 (11th Cir. 2004) (citing *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339 (1948)).

The Court finds that Plaintiff's affidavit shows that she is economically eligible to proceed *in forma pauperis*. Plaintiff is unemployed and receives disability benefits totaling $3,550 per month. D.E. 3. Plaintiff's monthly expenses total $2,197. *Id.* Plaintiff has $1,350 in her bank account. *Id.* Accordingly, it is

ORDERED AND ADJUDGED that the Motion. D.E. 3. is GRANTED to the extent that Plaintiff need not prepay even a partial filing fee in this case, or to prepay costs such as for service of process. However, Plaintiff shall owe the United States a debt of $350.00, which must be paid to the Clerk of the Court as funds become available. *See, e.g.*, 28 U.S.C. §§ 1914(a), 1915(b); *see also Martinez*, 364 F.3d at 1306 n.1 (interpreting 28 U.S.C. § 1915 to apply to all persons seeking to proceed *in forma pauperis*); *Miranda v. U.S. Marshal*, No. 09-80435-CIV-COHN, 2009 WL 10667795, at *1 (S.D. Fla. Apr. 7, 2009) (establishing debt for filing fee).

DONE AND ORDERED in Chambers at Miami, Florida, this _21st_ day of October, 2019.

*/s/ Ursula Ungaro*

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record