UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-24233-UU

MERCEDES GUINAND-DAO,

    Plaintiff,

v.

BAPTIST HEALTH OF SOUTH
FLORIDA, INC.,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF STRIKING DOCKET ENTRIES 7 AND 8

Plaintiff, MERCEDES GUINAND-DAO, by and through her undersigned attorney, files her Notice of Striking Docket Entries 7 and 8 and states the following:

1. Inadvertently, the Summons filed on November 5, 2019, reflected the incorrect case number; Docket Number 7.

2. The Summons issued on November 6, 2019, reflected the incorrect case number; Docket Number 8.

3. Plaintiff, MERCEDES GUINAND-DAO, strikes Docket Number 7 and 8.

Dated this 15th day of November, 2019.

    Respectfully Submitted,

    */s/ April S. Goodwin*
    APRIL S. GOODWIN, ESQ.
    FLORIDA BAR NO: 0502537
    *The Goodwin Firm*
    801 West Bay Dr. Suite 705
    Largo, FL 33770
    *Attorney for Plaintiff*
    Phone: (727) 316-5333
    E-mail: april@goodwin-firm.com