UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:19-cv-24233-UU

MERCEDES GUINAND-DAO,

    Plaintiff,

v.

BAPTIST HEALTH OF SOUTH FLORIDA, INC.,

    Defendant.

_____/

<u>**ORDER RESETTING PLANNING & SCHEDULING CONFERENCE**</u>

THIS CAUSE is hereby re-set for an Initial Planning and Scheduling Conference before the Honorable Ursula Ungaro, at the United States Courthouse, 400 North Miami Avenue, Room 12-4, Miami, Florida, on **Friday, <u>January 3, 2020</u>**, at **<u>10:30 a.m.</u>**

DONE AND ORDERED in chambers at Miami, Florida this _12th_ day of December, 2019.

*/s/ Ursula Ungaro*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record