UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24233-CIV-O'SULLIVAN
[CONSENT CASE]

MERCEDES GUINAND-DAO,

    Plaintiff,

v.

BAPTIST HEALTH OF SOUTH FLORIDA, INC.,

    Defendant.

_____/

## ORDER

THIS MATTER is before the Court pursuant to the parties' Consent to Proceed before a United States Magistrate Judge (DE# 41, 4/27/2020). This matter was referred to the undersigned by the Honorable Ursula Ungaro in accordance with 28 U.S.C. § 636(b), Federal Rule of Civil Procedure 73, and the Local Rules of this Court (DE# 42, 4/27/2020). Accordingly,

PLEASE TAKE NOTICE that this matter is set for a status hearing before the undersigned on **Monday, May 4, 2020** at **10:30 AM**. **The parties shall be prepared to discuss a trial date.** Request for continuance of this cause shall not be considered unless addressed to this Court in the form of a written motion. It is further

. ORDERED AND ADJUDGED that all parties and non-parties who wish to attend telephonically shall, at the time of the hearing, call the Court's audio conference number **(888) 363-4735** and enter the access code **7229437#**. **To the extent possible, counsel arguing the matter must call from a landline. All other attendees must keep their telephone on mute.**

DONE AND ORDERED in Chambers at Miami, Florida this __29th__ day of April, 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE