UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 19-24233-CIV-O'SULLIVAN

MERCEDES GUINAND-DAO,
    Plaintiff,
vs.

BAPTIST HEALTH OF SOUTH FLORIDA, INC.,
    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court following an informal discovery conference held before the undersigned on November 19, 2020.  Having heard from the parties, in accordance with the rulings from the bench and for the reasons stated on the record, it is

ORDERED AND ADJUDGED that on or before Tuesday, November 24, 2020, the defendant shall provide to plaintiff's counsel the subject patient chart for the day that the incorrect medication or incorrect amount of medication was administered to the subject patient. The plaintiff's counsel shall not disclose the patient chart outside of this litigation.  The defendant may redact the patient's information from the portion of the chart provided to the plaintiff's counsel.  The plaintiff's counsel shall not disseminate the information contained in the patient file except as necessary for counsel to pursue this litigation.  The plaintiff herself shall not be provided a copy of the subject patient file.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 19th day of November 2020.

_____
JOHN J. O'SULLIVAN
CHIEF UNITED STATES MAGISTRATE JUDGE